# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

TONY POWELL
SSAN: XXX-XX-1612

Debtor(s)

Case No. 15-30562-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Wednesday, March 4, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, April 16, 2015.

(**X**) The Trustee has not received the debtors' tax returns as required by 11 USC § 521.

(**X**) The following creditor was not listed, but they filed their claim as secured The debtor's plan fails to make provisions for this claim.

        Creditor: US DEPARTMENT OF HUD
        Trustee's Claim Number: 9
        Account Number: 6875 2ND MTG-NO PROV
        Claim Amount: $2,784.82
        Court Claim Number: 3
        Claim Filed As: SECURED MORTGAGE DEBTS

(X)(x) Debtor was to amend Schedule I to provide employer information.
(x) Debtor was to amended the plan again to add back the language pledging lawsuit proceeds.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Thursday, May 7, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Tina J. Hayes*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Thursday, 7 May, 2015.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>        RICHARD D SHINBAUM | /s/ *Tina J. Hayes*<br>Tina J. Hayes |