# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:

**TONY POWELL,**                                        **CHAPTER 13**

**DEBTOR.**                                              **CASE NO.: 15-30562**

## RESPONSE OF BANKRUPTCY ADMINISTRATOR
## TO APPLICATION TO EMPLOY PROFESSIONAL PERSON

Comes now Britt B. Griggs, attorney for the Bankruptcy Administrator for this district, and responds as follows to the Application for Employment of Professional Person:

1.      William K. Abell filed an Application for Employment of Professional Person for a Specific Purpose on May 31, 2016, for the purpose of representing the debtor in a workmen's compensation case (Doc. 39).

2.      The application and affidavit state that the movant has an agreement to share compensation with Jerry L. Thornton.

3.      Mr. Thornton has not been employed to represent the debtor with regard to the workmen's compensation case.

4.      The application and affidavit do not meet the requirements of 11 U.S.C. § 327(e) and Rule 2014.

WHEREFORE the Bankruptcy Administrator does not recommend approval of the application for employment in that the employment of all parties who will seek compensation has not been approved.

/s/
Britt B. Griggs
Bankruptcy Attorney
ASB-1270-G50B


United States Bankruptcy Administrator
Middle District of Alabama
One Church Street
Montgomery, AL 36104
Phone: (334) 954-3900
Fax: (334) 954-3901

Britt_Griggs@almba.uscourts.gov