## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

**CHAPTER 13 CASE**
**NO.   15-30562**

**Tony Powell**

   **Debtor(s).**

### APPLICATION FOR APPROVAL OF ATTORNEY FEES AND EXPENSES

COMES NOW, the undersigned attorney, whose employment was approved by this

Honorable Court pursuant to 11 U.S.C. '327 in the above-styled case and respectfully requests

this Honorable Court to approve Attorney fees and expenses incurred in conjunction with the

representation and subsequent proposed settlement of the debtor(s) claim as follows:

   1.  On or about June 4, 2014 the Debtor(s) employed the undersigned
   counsel and for that representation agreed to pay the undersigned attorney
   fees of 15% of any recovery, plus reimbursement of reasonable expenses.
   The undersigned has filed an application with this Court for the approval
   of this employment that was granted by this Court on September 2, 2015.

   2.  The undersigned obtained a total settlement of $3,500.00. Under the
   agreement executed by the Debtor(s) and approved by this Court, the
   undersigned is entitled to attorney fees in the amount of $525.00 which
   represent 15% of the gross recovery.

   3.  The undersigned incurred expenses of $643.51 consisting of $73.50
   for medical records, $204.20 deposition costs, $201.81 filing fees for the
   Butler County Circuit Court, $0.00 in expert witness costs, $0.00 for
   process service, $164.00 in copying expenses, telephone, fax and postage
   during the course of handling this case.

   4.  The undersigned counsel has filed a motion for the approval of the
   settlement reached in this case.

   WHEREFORE, the undersigned respectfully petitions this Honorable Court to approve his

request for attorney fees of $525.00 and expenses $643.51.

   Respectfully submitted this _**14th**_ day of July, 2016.

/s/William K. Abell
William K. Abell (ABE001)

22 Scott Street
Montgomery, AL 36104
Phone: 334-271-8008
Fax: 334-271-8022

## CERTIFICATE OF SERVICE

I, William K. Abell, certify that I have served a copy of the foregoing APPLICATION TO APPROVE ATTORNEYS FEES AND EXPENSES on the parties listed below by electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this **14th** day of July, 2016.

/s/William K. Abell
William K. Abell (ABE001)

Name and address of Debtor(s)

Tony Powell
1311 Marlowe Drive
Montgomery, AL 36116

Name and address of Debtor(s) Bankruptcy Attorney

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173 via electronic mail
Trustee_office@ch13mdal.com

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery, AL   36104 via electronic mail