# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                             CASE NO. 15-30562-DHW

**TONY POWELL, XXX-XX-1612,**

     **Debtor.**

## TRUSTEE'S RESPONSE TO MOTION TO APPROVE SETTLEMENT

COMES NOW, the Trustee, by and through the undersigned counsel, and in response to the debtor's motion to approve settlement (doc # 53), states as follows:

    The Trustee has no objection to the settlement amount of $3,500.00. However, the Trustee does object to the debtor receiving the net proceeds. While the proceeds may be exempt as an asset of the estate on Schedule C, the proceeds are still disposable income. This case is a zero percent plan and is less than three years old.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court to approve the settlement amount. The Trustee further requests that the net proceeds be turned over to the Trustee for the benefit of unsecured creditors.

Respectfully submitted this 8th day of August, 2016.

                                                 CURTIS C. REDING
                                                 Chapter 13 Trustee

                           BY:     /s/Sabrina L. McKinney
                                         SABRINA L. MCKINNEY
                                         Staff Attorney

Office of the Chapter 13 Trustee
P O Box 173
Montgomery, AL 36101-0173
Phone: (334) 262-8371
Fax: (334) 262-8599
mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, Sabrina L. McKinney, hereby certify that I have served copies of the foregoing Trustee's Response to Motion to Approve Settlement on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this 8th day of August, 2016.

                                                  /s/Sabrina L. McKinney
                                                  Sabrina L. McKinney

Tony Powell
1311 Marlowe Dr
Montgomery, AL 36116

Richard D. Shinbaum via electronic mail

William K. Abell via electronic mail